AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\_\_\_\_ DISTRICT OF \_\_\_NEVADA\_\_\_

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMIL PETER TOLOTTI, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00324-LRH-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the United States' Motion for Summary Judgment (ECF No. 16) is granted. Judgment is entered in favor of Plaintiff United States and against Defendant Tolotti.

    **IT IS FURTHER ORDERED** that the Court determines, adjudges, and declares that the use by Defendant Tolotti of the names at issue violates 31 U.S.C. § 333, as a civil matter, and the name listings and references at issue shall be expunged and removed from public record and be null, void, and of no legal effect.

    **IT IS FURTHER ORDERED** that Emil Peter Tolotti is permanently enjoined from using, listing, or posting, in connection with or as part of any advertisement, solicitation, business activity, or product, the words "Department of the Treasury" or "Internal Revenue Service," including, but not limited to, permanently enjoining Defendant Tolotti and his agents or others from using or listing said names in reference to, or in connection with, his Domestic Corporation, Entity Number C 15802-1994 or any other entity granted or created by him, including under Tolotti's Nevada Business ID: NV 19941107841 and including Tolotti listing or holding himself out as Noncommercial Registered Agent, or Registered Agent, for said names at issue in this case.

    July 7, 2016                                                     **LANCE S. WILSON**
                                                                                 Clerk

                                                                                 /s/ K. Rusin
                                                                                 Deputy Clerk